**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BERMAN, GLEN E | ) | |
| | ) | CASE NO. 05-54827 SPS |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 S. DEARBORN, COURTROOM 642
         CHICAGO, ILLINOIS 60604

    On:  **October 23, 2007**
    At:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $         41,737.80

    b. Disbursements                             $            560.23

    c. Net Cash Available for Distribution       $         41,177.57

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,923.78 | $ |
| Trustee | $ 0.00 | $ | $ 16.18 |
| Trustee's Accountant | $ 0.00 | $ 1,767.60 | $ |
| Trustee's Accountant | $ 0.00 | $ | $ 10.55 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee's Attorney | $ | 0.00 | $ | 18,965.50 | $ |
| Trustee's Attorney | $ | 0.00 | $ | | $ 314.96 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,382.07 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 98.68%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 8A | Illinois Department of Revenue | $ 547.94 | $ 540.71 |
| 9B | Department of the Treasury-Internal Revenue Service | $ 14,834.13 | $ 14,638.29 |

6. Claims of general unsecured creditors totaling $121,927.32, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: (A) subject to the debtor's exemptions, cash and monies in bank accounts scheduled at $720, household furnishings scheduled at $406.50, photographs and furnishings scheduled at $330, books and art objects scheduled at $500, firearms and hobby equipment scheduled at $100 and a pension plan balance scheduled at $2,000; (B) licenses to conduct business as a horseman, pharmacist and attorney, each scheduled at $0.00; (C) equity interest in the debtor's defunct legal practice, scheduled at $1,000; (D) a leased Toyota Highlander with no equity, scheduled at $0.00 and (E) the debtor's seven year old dog, scheduled at $0.00.

Dated:  **September 25, 2007**          For the Court,

                                  By:  **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the United States Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1             Date Rcvd: Sep 25, 2007
Case: 05-54827                Form ID: pdf002            Total Served: 28

The following entities were served by first class mail on Sep 27, 2007.
db          +Glen E Berman,    962 Pear Tree Lane,    Wheeling, IL 60090-5721
aty         +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty         +Michael L Ralph,    Richards, Ralph, & Schwab, Chtd,    175 E Hawthorn Pkwy Ste 345,
              Vernon Hills, IL 60061-1460
tr          +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
10243305    +ABN-Amro,    2600 Big Beaver Road,    Troy, MI 48084-3323
10243311    +American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
10243312    +American Express (Corresp),    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
10813366     American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10805619     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10243313     Capital One FSB (Collections),    Attn: Collections,    P.O. Box 85147,    Richmond, VA 23285
10243315    +Capital One FSB (Main Corresp),    P.O. Box 30285,    Salt Lake City, UT 84130-0285
10243316    +Glen E. Berman & Associates, P.C.,    9240 W. Belmont,    Franklin Park, IL 60131-2849
10243319    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10243317    +Illinois Department of Revenue,    Bankrupcty Section/Level 7-425,    100 West Randolph St.,
              Chicago, IL 60601-3218
10596567    +JPMorgan Chase Bank, NA,    c/o Adela C. Lucchesi,    Crowley & Lamb, P.C.,    350 N. LaSalle Street,
              Suite 900,    Chicago, IL 60610-4736
10243322    +JPMorgan Chase/Bank One,    P.O. Box 24714,    Columbus, OH 43224-0714
10243321     JPMorgan Chase/Bank One,    P.O. Box 9001008,    Fort Worth, TX 76101
10820159    +MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10799740     MBNA America Delaware N A,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10243324    +MBNA America Mastercard (Corresp),    P.O. Box 15026,    Wilmington, DE 19850-5026
10243325    +MBNA America Platinum Plus for Bus.,    P.O. Box 15469,    Wilmington, DE 19850-5469
10243326    +Shell Credit Card,    P.O. Box 183019,    Columbus, OH 43218-3019
10243328    +Shell Credit Card Center,    P.O. Box 9151,    Des Moines, IA 50368-0001
10243329    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 2466,    Oshkosh, WI 54903)
10798017    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 5229,    Cincinnati, Ohio 45201)
10243331    +Wells Fargo Financial,    4143 121st St.,    Urbandale, IA 50323-2310
10243332    +Wells Fargo Financial,    1191 E. Dundee Road,    Palatine, IL 60074-8306
10805554     Wells Fargo Financial Illinois, Inc.,    4137 121st st,    Urbandale, IA 50323-2310

The following entities were served by electronic transmission on Sep 26, 2007.
10820159    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 26 2007 06:15:36
              MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 27, 2007**          **Signature:** *Joseph Speetjens*